**FILED**
FEB 2 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONNIE L. THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  08 0297 |
| | ) |
| HINSON & COMPANY, | ) |
| | ) |
| Defendant. | ) |

### MEMORANDUM AND ORDER STAYING CASE

This matter comes before the Court upon review of the *pro se* complaint and application to proceed *in forma pauperis*.

Plaintiff alleges that the defendant discriminated against her on the basis of her race and age. She brings this action under Title VII of the Civil Rights Act, as amended, *see* 42 U.S.C. § 2000e *et seq.*, and the Age Discrimination in Employment Act, as amended, *see* 29 U.S.C. § 621 *et seq.* The issuance of a right to sue letter from the Equal Employment Opportunity Commission is a condition precedent to the filing of an action such as this in federal court. *See* 29 C.F.R. § 1614.407. Accordingly, it is hereby

ORDERED that this matter is STAYED, and it is

FURTHER ORDERED that, within 30 days of entry of this Order, plaintiff shall provide the Court with a right to sue letter indicating a final determination of plaintiff's EEO charge. Failure to do so will result in the dismissal of this matter.

_____
United States District Judge

Date: 2/12/08