```
                                                              FILED
         UNITED STATES DISTRICT COURT                       MAR 2 7 2008
         FOR THE DISTRICT OF COLUMBIA
                                                      NANCY MAYER WHITTINGTON, CLERK
                                                           U.S. DISTRICT COURT
```

BONNIE L. THOMPSON,                )
                                   )
       Plaintiff,                  )
                                   )
v.                                 )     Civil Action No. 08-0297
                                   )
HINSON & COMPANY,                  )
                                   )
       Defendant.                  )

## ORDER

It is hereby

ORDERED that the stay of proceedings is LIFTED; and it is

FURTHER ORDERED that plaintiff's application to proceed *in forma pauperis* (Dkt. # 2) is GRANTED; and it is

FURTHER ORDERED that the Clerk randomly assign this case to a district judge for further proceedings.

SO ORDERED.

*/s/ Rosemary M. Colly*
United States District Judge

Date: 3/25/08