UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BONNIE L. THOMPSON | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No.  08-0297 RMC |
| HINSON & COMPANY | ) | |
| | ) | |
| Defendant | ) | |

REASSIGNMENT OF CIVIL CASE
(non-calendar committee)

The above entitled action was assigned on  March 27, 2008   from Unassigned (9098)

to Judge Collyer  because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Collyer
& Courtroom Deputy
Civil Case Processing Clerk
    Statistical