IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONNIE L. THOMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HINSON & COMPANY, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:08-cv-00297(RMC) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Hinson and Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Hinson and Company, which have any outstanding securities in the hands of the public: None.

These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully submitted,

Henry Morris, Jr.
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

Attorneys for Hinson and Company

RPP/257121.3

## CERTIFICATE OF SERVICE

I certify that on this 29th day of April, 2008, I caused to be delivered, by certified mail, postage prepaid and return receipt requested, a copy of the foregoing **CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA,** upon the following:

>Ms. Bonnie L. Thompson
>2525 S Adams Street. Apt 206
>Arlington, Virginia  22206

>_____
>Henry Morris, Jr.

RPP/257121.3