IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BONNIE L. THOMPSON,

    Plaintiff,

vs.

HINSON & COMPANY,

    Defendant.

Civil Action No. 1:08-cv-00297(RMC)

*Let this be filed Rosemary M Colly 6/6/08*

## PLAINTIFF BONNIE L. THOMPSON'S OPPOSITION TO HINSON AND COMPANY'S MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION PENDING THE ARBITRATION PROCEEDING

COMES now Plaintiff, and respectfully opposes the Defendant's motion for arbitration of Plaintiff's claim. In support of this opposition, Plaintiff proffers the following:

### Points & Authorities

1. Plaintiff initially requested to the court a trial by jury and reiterates that request.

Wherefore, Plaintiff requests that the Defendant's motion to compel arbitration be denied.

Respectfully submitted:

*Bonnie L. Thompson*

Bonnie L. Thompson - pro se
2525 S. Adams Street
Apartment 206
Arlington, Virginia 22206
(703) 892-1336
(202) 494-1595

RECEIVED
MAY 2 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT