UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BONNIE L. THOMPSON,

    Plaintiff

v.                                   Civil Action No. 08-0297(RMC)

HINSON & COMPANY,

    Defendant.

*[Handwritten annotation: "Let this be Filed. R.M. Collyer 8/12/08"]*

I Bonnie L. Thompson hereby write to the United States District Court on the 6th day of August 2008. I did receive a letter from the United States District Court on July 19th 2008 and this letter is in response to it. I would like to know please why Hinson is allowed to arbitrate when in fact I filed a motion to have a jury trail. In your letter on July 19th 2008 it did not state whether this be Binding or Non Binding. Mr. Morris call my cell phone the same day that he filed a motion to determine whether I oppose or consent to the motion he filed. I did save his message on my cell and I did not receive it until Saturday the next day.

I do not agree with the arbitration, and if applies to me will I have to pay any monies?
I do not have the funds to pay anything because I never agreed to a Binding Arbitration

When I started on the 5th of June with Hinson & Company I was told to go to a empty desk and fill out paper work. I did not understand about any arbitration because it was not explained to me. After I completed filling out my paper work I gave it to the showroom manager, she never explained anything to me nor did she sign any of my paper work in my presence. Some of my paper work is dated on the 5th of June and some is dated on the 7th of June, if you look at everything that was signed.

I ask the court to reconsider this motion for arbitration because I do not understand at this time whether or not I will be able to file another motion after arbitration. Meaning once Hinson and I sit down to discuss this matter will I at least have the opportunity to file another motion.

JUDGE ROSEMARY M. COLLYER, please reverse your ruling or grant me a hearing to explain my position in this matter. Also Judge Collyer would you please grant me a pro bono lawyer to handle my case.

Dated August 6, 2008

**RECEIVED**
AUG 7 – 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sincerely								Civil Action No.08-0297(RMC)

*Bonnie L. Thompson*

Bonnie L. Thompson